## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00721-GPG
(**The above civil action number must appear on all future papers
sent to the court in this action.   Failure to include this number
may result in a delay in the consideration of your claims.**)

PETER FERRARA,

      Applicant,

v.

MICHAEL MILLER, Warden, Crowley County Correctional Facility,

      Respondent.

_____

## ORDER DIRECTING MR. FERRARA TO CURE DEFICIENCIES
_____

      Mr. Peter Ferrara initiated this action by filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action.   In the Application, Mr. Ferrara asserts that Michael Miller has failed to provide adequate care for Mr. Ferrara's mental health needs.   Mr. Ferrara is challenging the conditions of his confinement.

      As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are deficient as described in this Order.   Mr. Ferrara will be directed to cure the following if he wishes to pursue his claims.   Any papers that Mr. Ferrara files in response to this Order must include the civil action number on this Order.

      Furthermore, Mr. Ferrara is instructed that his attempt to file this action pursuant to 28 U.S.C. § 2241 is improper.   "The essence of habeas corpus is an attack by a person

in custody upon the legality of that custody, and . . . the traditional function of the writ is to secure release from illegal custody." *See Preiser v. Rodriguez*, 411 U.S. 475, 484 (1973).   Generally, a state prisoner who challenges the conditions of confinement must pursue a civil rights action.   *See Sandifer v. Ledezma*, 653 F.3d 1276, 1280 (10th Cir. 2011).

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) ____    is not submitted
(2) ____    is missing affidavit
(3) ____    prisoner's trust fund statement is not certified
(4) ____    is missing required financial information
(5) ____    is missing an original signature by the prisoner
(6) ____    is not on proper form (must use the Court's current form used in filing prisoner civil rights complaints)
(7) ____    names in caption do not match names in caption of complaint, petition or habeas application
(8) ____    An original and a copy have not been received by the court. Only an original has been received.
(9) ____    other:

**Complaint, Petition or Application**:
(10) ____    is not submitted
(11) _X__    is not on proper form (must use a Court-approved form used in filing prisoner civil rights complaints)
(12) ____    is missing an original signature by the prisoner
(13) ____    is missing page nos. ____
(14) ____    uses et al. instead of listing all parties in caption
(15) ____    An original and a copy have not been received by the court.   Only an original has been received.
(16) ____    Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ____    names in caption do not match names in text
(18) ____    other:

Accordingly, it is

ORDERED that Mr. Ferrara cure the deficiencies designated above **within thirty days from the date of this Order**.   Any papers that Mr. Ferrara files in response to this Order must include the civil action number on this Order.   It is

FURTHER ORDERED that Mr. Ferrara shall obtain the proper Court-approved forms for filing a Prisoner Complaint, (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. for use in curing deficiencies.   It is

FURTHER ORDERED that if Mr. Ferrara fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED March 29, 2016, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge